IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PETER J. SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:22-CV-439-WKW |
| ) | [WO] |
| RSA TOWER, DONALD TERRY ) | |
| AND ASSOCIATES, and RSA ) | |
| REGIONS BANK TOWER, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge (Doc. # 8) to which Plaintiff has filed an Objection (Doc. # 9). Based upon a *de novo* review of the record, 28 U.S.C. § 636(b), the court finds that the Objection lacks merit. Accordingly, it is ORDERED as follows:

(1) Plaintiff's Objection (Doc. # 9) is OVERRULED.

(2) The Recommendation (Doc. # 8) is ADOPTED.

(3) This action is DISMISSED without prejudice.

Final judgment will be entered separately.

DONE this 31st day of May, 2023.

                                                         /s/ W. Keith Watkins
                                       UNITED STATES DISTRICT JUDGE